AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

THUNDER PROPERTIES, INC.,

    Plaintiff,

V.

JAMES L. WOOD, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:14-cv-00068-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Bank of America, N.A.'s Motion for Summary Judgment (ECF Nos. 78, 85) is GRANTED. Thunder purchased the Property subject to Bank of America's first deed of trust. Judgment is hereby entered in favor of Bank of America.

February 28, 2017

**DEBRA K. KEMPI**
Clerk

/s/ D. R. Morgan
Deputy Clerk