ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| THUNDER PROPERTIES, INC., a Nevada corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  3:14-cv-00068-RCJ-WGC |
| | ) |
| JAMES L. WOOD, an individual; CYNTHIA A. WOOD, an individual; BANK OF AMERICA, N.A., a national banking association, as successor-in-interest to COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A., a national banking association, as successor-in-interest to COUNTRYWIDE BANK NA; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## MOTION TO RELEASE BONDS

COMES NOW, Plaintiff, THUNDER PROPERTIES, INC., by and through its attorneys,

ROGER P. CROTEAU & ASSOCIATES, LTD., and hereby moves this Honorable Court to

release the bonds posted on behalf of the Plaintiff herein on April 17, 2014 and July 28, 2014,

together with any appropriate interest.  This Motion is based upon the pleadings and papers on

7365 Grand Island Drive

1  file herein and the attached Memorandum of Points and Authorities.

2       DATED this ____15ᵗʰ____ day of July, 2024.

3                          ROGER P. CROTEAU & ASSOCIATES, LTD.

4

5                          /s/ Timothy E. Rhoda
                           ROGER P. CROTEAU, ESQ.
6                          Nevada Bar No. 4958
                           TIMOTHY E. RHODA, ESQ.
7                          Nevada Bar No. 7878
                           2810 W. Charleston Blvd., #67
8                          Las Vegas, Nevada 89102
                           (702) 254-7775
9                          **Attorney for Plaintiff**
                           **THUNDER PROPERTIES, INC.**

10

11              **MEMORANDUM OF POINTS AND AUTHORITIES**

12                              **I.**

13                 **STATEMENT OF RELEVANT FACTS**

14       The Plaintiff herein, Thunder Properties, Inc., posted two separate cash bonds in the

15  amount of $900.00 each herein in 2014.  See Exhibits 1 and 2, attached hereto and incorporated

16  herein by reference.  The first was posted on April 17, 2014 and the second was posted on June

17  28, 2014.  *Id*.  The bonds were posted in association with a stipulated order entered on April 15,

18  2014. [ECF #20].

19       Judgment was entered in favor of Defendant, Bank of America, N.A., on February 28,

20  2017. [ECF #101]. A subsequent appeal was dismissed on January 26, 2018 [ECF #109], after

21  the parties entered into a confidential settlement agreement and mutual release.  Pursuant to the

22  confidential settlement agreement and mutual release, the parties released all claims related to the

23  subject matter of this litigation.   Upon dismissal of the appeal, the action was fully and finally

24  resolved; however, the bonds that were posted with the Clerk of Court have not been refunded to

25  date.

26       The dispute that was the subject of the Plaintiff's Complaint has been fully and finally

27  resolved.  No claim was made to the bonds by any party prior to the resolution of the action.

28

7365 Grand Island Drive

1  Moreover, the parties entered into a confidential settlement agreement and mutual release which

2  released any such claims.   As a result, the release of the bonds is appropriate at this time.

3  **II.**

4  **CONCLUSION**

5         For the reasons set forth herein, Plaintiff's counsel respectfully requests that the bond

6  posted by the Plaintiff on April 17, 2014 and June 28, 2014, in the amount of $900.00 each,

7  together with all appropriate interest, be released and refunded to the Plaintiff, Thunder

8  Properties, Inc., with a check being made payable to "Thunder Properties, Inc." and forwarded to

9  Plaintiff's counsel, Roger P. Croteau & Associates, Ltd., at 2810 W. Charleston Blvd. #67, Las

10  Vegas, Nevada 89102.

11         DATED this ____15th____ day of July, 2024.

12                                    ROGER P. CROTEAU & ASSOCIATES, LTD.

13

14                                    /s/ Timothy E. Rhoda_____
                                      ROGER P. CROTEAU, ESQ.
15                                    Nevada Bar No. 4958
                                      TIMOTHY E. RHODA, ESQ.
16                                    Nevada Bar No. 7878
                                      2810 W. Charleston Blvd., #67
17                                    Las Vegas, Nevada 89102
                                      (702) 254-7775
18                                    *Attorney for Plaintiff*
                                      **THUNDER PROPERTIES, INC.**
19

20

21                                    **IT IS SO ORDERED.**

22

23                                    By: _____

24                                          Judge, U.S. District Court

25                                    Dated: 08/08/2024_____

26

27

28

Page 3 of 4                                    7365 Grand Island Drive

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___15th___ day of July, 2024, I served via the United States District Court CM/ECF electronic filing system, the foregoing **MOTION TO RELEASE BONDS** to the following parties:

Darren T Brenner
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dbrenner@wrightlegal.net
***Attorney for Defendant***
***Bank of America, N.A.***

Edward Dean Boyack
Boyack Orme & Anthony
7432 W Sahara Ave
Suite 101
Las Vegas, NV 89117
702-562-3415
702-562-3570 (fax)
ted@boyacklaw.com
***Attorney for Cross-Defendant***
***Wingfield Springs Community Association***

Aaron R. Maurice
Maurice Wood PLLC
8250 West Charleston Blvd
Suite 100
Las Vegas, NV 89117
(702)463-7616
(702)463-6224 (fax)
amaurice@mauricewood.com
***Attorney for Defendant***
***Bank of America, N.A.***

Chris Yergensen
Black & Wadhams
10777 W. Twain Ave.
Suite 300
Las Vegas, NV 89135
702-869-8801
cyergensen@blackwadhams.law
***Attorney for Cross-Defendant***
***ATC Assessment Collection Group, LLC***

Brittany Wood
Maurice Wood PLLC
8250 West Charleston Blvd
Suite 100
Las Vegas, NV 89117
(702) 463-7616
(702) 463-6224 (fax)
bwood@mauricewood.com
***Attorney for Defendant***
***Bank of America, N.A.***

Gregory L Wilde
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
***Attorney for Defendant***
***National Default Servicing Corporation***

Matthew Dayton
Ghidotti Berger
7251 Lake Mead Blvd., Ste 470
Las Vegas, NV 89128
949-427-2010
mdayton@ghidottiberger.com
***Attorney for Defendant***
***National Default Servicing Corporation***

/s/ Timothy E. Rhoda
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

7365 Grand Island Drive

# EXHIBIT 1

# EXHIBIT 1

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA** APR 1 7 2014

3 Thunder Properties,

4 Inc. )
)
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

5 Plaintiff )
BY: _Cas_____ DEPUTY
CV 3:14-CV-00068

6 )
RCJ - WGC

7 )
CDLB: 5611301548

8 _____ )

9 **CERTIFICATE OF CASH DEPOSIT**

10 1.   I, Kristin D. Munk, herewith tender to the Clerk
(Name of Depositor)

11 of Court for deposit into the Registry Account of this Court cash in the amount of

12 $ 900.00 .

13 2.   This Cash Deposit:

14 A. Is tendered on behalf of: Thunder Properties Inc ;
(Name of Party)

15 B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support

16 of Temporary Restraining Order, etc.) : Stipulation part I section

17

18 3. Paying 3 months April, May, June

19 2014.

20 C. Is tendered pursuant to the following Statute, Rule or Court Order: _____

21 Case No. 3:14-CV-00068-RCJ-WGC

22 _____

23 _____

24 D. Is conditioned as follows: requires proof of

25 payment at the request of defendant

26 _____

27 . . .

28 1                                                11/99

Paid Amt $ 900.00 Date 4/17/2014
NVRNO 2257
Receipt # _____ Initials KMR

1  . . .

2

3      3.      The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

5          _Thunder Properties Inc._

6          _C/o gunn Investment Services Inc_

7          _PO Box 51839 Sparks NV 89435_

8

9  State of Nevada           )                    Dated: _04/17/2014_

10  County of _Washoe_        ) ss.               _Kristin Munk_
                                                        Signature of Depositor

11  On _April 17_, 20_14_,
   personally appeared before me, a
12  Notary Public,

13  _Kristin Danielle Munk_

14  (Name of Depositor)
   who acknowledged that (s)he
15  executed the above instrument.

                                                 ┌─────────────────────────────────┐
16                                                │          TANYA SHEETS           │
                                                 │         NOTARY PUBLIC           │
17  _Tanya Sheets_                                │        STATE OF NEVADA          │
   NOTARY PUBLIC                                 │ My Commission Expires: August 10, 2016 │
18                                                │     Certificate No: 05-100661-2      │
                                                 └─────────────────────────────────┘

19                                               Dated: _____

20                                               _____
                                                    Signature of Attorney for
21                                                  Party or Party Appearing
                                                    Pro Se (If different from
22  RECEIPT:                                        Depositor)

23  Cash as identified herein is
   hereby acknowledged as being
24  received this date.

25  Dated: _____

26  CLERK, U.S. DISTRICT COURT

27  By: _____

28          Deputy Clerk                              2

Court Name: District of Nevada
Division: 3
Receipt Number: NVRND002257
Cashier ID: krusin
Transaction Date: 04/17/2014
Payer Name: Thunder Properties

COMM REG MONEY MARKET          PAR 8202
 For: Thunder Properties
 Case/Party: D-NVX-3-14-CV-000068-001
 Amount:          $900.00

CHECK/MONEY ORDER
 Check/Money Order Num: 2309
 Amt Tendered: $900.00

Total Due:         $900.00
Total Tendered: $900.00
Change Amt:        $0.00

Thunder Properties Inc

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."

# EXHIBIT 2

# EXHIBIT 2

1  **UNITED STATES DISTRICT COURT**

2  **DISTRICT OF NEVADA**

3  Thunder Properties Inc                    3:14-cv-68

4  )                    CV 000068-001

5  )              CV _____

6  )                    COLB: 5613015 48

7  )

8  )

9  **CERTIFICATE OF CASH DEPOSIT**

10  1.  I, Kristin MUNK, herewith tender to the Clerk
         (Name of Depositor)

11  of Court for deposit into the Registry Account of this Court cash in the amount of

12  $ 900.00.

13  2.  This Cash Deposit:

14  A. Is tendered on behalf of: Thunder Properties Inc ;
                                                    (Name of Party)

15  B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support

16  of Temporary Restraining Order, etc.) : bond July 2014, Aug

17  2014, Sept 2014

18

19

20  C. Is tendered pursuant to the following Statute, Rule or Court Order: _____

21  CV 000068-001

22

23

24  D.  Is conditioned as follows: None

25

26

27  . . .

28                                     1

**FILED** ✓    _____ RECEIVED
_____ ENTERED    _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

JUL 28 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Paid Amt $ 900    Date 7/28/14
Receipt # NVRNO 2417    Initials JC

11/99

1     . . .

2

3       3.     The name and address of the Legal Owner of the cash tendered

4 herewith to whom a refund (if applicable) shall be made is:

5      Thunder Properties Inc

6      Po Box 51839

7      Sparks NV 89435

8

9 State of Nevada       )            Dated: 07/28/14

10 County of Washoe    ) ss.

                                     Signature of Depositor

11 On July 28 , 20 14,

12 personally appeared before me, a
Notary Public,

13    Kristin Munk

                  K. JENS WALKER
                  NOTARY PUBLIC
                 STATE OF NEVADA

14 (Name of Depositor)       My Commission Expires: 01-13-18
                  Certificate No: 14-12646-2

15 who acknowledged that (s)he
executed the above instrument.

16

17 NOTARY PUBLIC             Dated: _____

18

19                                  Signature of Attorney for
                                 Party or Party Appearing

20                                  Pro Se (If different from
                                 Depositor)

21

22 RECEIPT:

23 Cash as identified herein is
hereby acknowledged as being

24 received this date.

25 Dated: 7/28/14

26 CLERK, U.S. DISTRICT COURT

27 By: _____

28      Deputy Clerk

                          2

KLINT NASH
Notary Public
STATE OF NEVADA
My Commission Expires 05-14-18
Certificate No: 14-13617-5

Court Name: District of Nevada
Division: 3
Receipt Number: NVRN0082417
Cashier ID: jcotter
Transaction Date: 07/28/2014
Payer Name: Thunder Properties

COMM REG MONEY MARKET   PAR8202
  For: Thunder Properties
  Case/Party: D-NVX-3-14-CV-000068-001
  Amount:          $900.00

CHECK/MONEY ORDER
  Check/Money Order Num: 5574
  Amt Tendered:    $900.00

Total Due:         $900.00
Total Tendered:    $900.00
Change Amt:          $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."